UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

NO. 2:24-cr-00013-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN SPEENER | ORDER OF DISMISSAL |

Upon motion of the United States, it is hereby ORDERED that the criminal charges in the above-captioned case against Defendant Jonathan Speener, set forth at in violation notices E1704251/EC37, E1704252/EC37 and E1704253/EC37 are DISMISSED, with prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

This the 22 day of October, 2025

JAMES C. DEVER III
United States District Judge